1  Adam C. Dawson (State Bar No. 136551)
   Email: adawson@fbm.com
2  Diego F. Acevedo (State Bar No. 244693)
   Email: dacevedo@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Plaintiff
7  LEMELSON WINERY, L.L.C.

ORIGINAL
Previously
CLOSED

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  LEMELSON WINERY, L.L.C.,
12                    Plaintiff,                 Case No. CV 07-1800 DSF (SSx)
13         vs.                                   PROPOSED JUDGMENT
                                                                              FAXED
14  GOLDEN ENERGY INC.
    GOLDEN ENERGY SALES, INC.,                  Amended Complaint Filed: June 1, 2007
15  and DOES 1-10 inclusive,
16                    Defendants.
17

18         On reading and filing the Stipulation of the parties hereto for entry of
19  judgment herein, and good cause appearing therefore,
20         **IT IS HEREBY ORDERED** that Judgment be entered in the above-entitled
21  case in favor of plaintiff Lemelson Winery, L.L.C. ("Lemelson") and against
22  defendant Golden Energy Sales, Inc. ("Golden Energy Sales"), as follows:
23         A.      Against Golden Energy Sales, in the sum of $254,744.00, together
24  with interest thereon at the rate of 5% from July 30, 2006, to December 13, 2007,
25  the date of entry of the Stipulation for Entry of Judgment, in the sum of $16,800.33
26  (such total constituting accrued interest at a rate of $34.89 per day for 329 days and
27  $31.12 per day for the subsequent 171 days), less payments previously paid in the
28  sum of $39,020.00, leaving a total Judgment amount of $232,524.33.

PROPOSED JUDGMENT
Case No. CV 07-01800 DSF (SSx)

21543\1405648.1

LODGED
2007 DEC 28 PM 3:34

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

1     **IT IS FURTHER ORDERED** that the amount specified in this Judgment,

2     less any credits specified herein, shall accrue interest at the rate provided by law

3     after entry of Judgment.

4

5

6

7

8     DATED: _1/2/08_                          _[signature]_

9                                              Judge of the Central District
                                               Honorable Dale S. Fischer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PROPOSED JUDGMENT
Case No. CV 07-01800 DSF (SSx)                    - 2 -                    21543\1405648.1