PAMELA L. COX/BAR NO. 191883
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
(818) 501-3800; (818) 501-2985 (Fax)
Refer to File Number: 3998-20080105-PLC

Attorneys for Plaintiff and Judgment Creditor
LEMELSON WINERY, LLC

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| LEMELSON WINERY, LLC, | CASE NO. CV 07-1800 DSF (SSx) |
| Plaintiff(s), | **AMENDED JUDGMENT** |
| vs. | |
| GOLDEN ENERGY, INC.; GOLDEN ENERGY SALES, INC., | |
| Defendant(s). | |

Following Motion of the Plaintiff to Amend the Judgment in the above-entitled matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Judgment entered on January 3, 2008 in the amount of $232,524.33 against GOLDEN ENERGY SALES, INC. be amended nunc pro tunc to include NOAH GOLDEN aka NOAH P. GOLDEN, an individual ("GOLDEN") and GOLDEN ENERGY, INC., a California corporation ("ENERGY") as additional Judgment Debtors.

Dated: 7/6/10

Honorable Dale S. Fischer,
JUDGE, CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is Hemar, Rousso & Heald, , LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA  91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On July 2, 2010, I served the foregoing document described as **[PROPOSED] AMENDED JUDGMENT** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Keith S. Dobbins, Esq.
Warner Center Plaza
21700 Oxnard Street, Suite 1290
Woodland Hills, CA 91367

At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

__    I delivered such envelope(s) by hand to the offices of the addressees.

__    I caused such copies to be facsimiled to the persons set forth.

XX    (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__    (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2010, at Encino, California.

_____
Michele Kilroy