**HEMAR, ROUSSO & HEALD, LLP**
MARY ANN ROUSSO (SBN 289426)
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436
(818) 501-3800 telephone
(818) 501-2985 facsimile
Email: maryann@hrhlaw.com

Attorneys for Judgment Creditor
LEMELSON WINERY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMELSON WINERY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN ENERGY, INC.; GOLDEN ENERGY SALES, et al., <br><br> Defendants. | Case No. 07-1800 DSF (SSx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** <br><br> [Federal Rules of Civil Procedure, § 69 and CA Code of Civil Procedure, §§ 683.110 through 683.220] |

Based upon the Application For and Renewal of Judgment filed by LEMELSON WINERY, LLC July 20, 2017, and pursuant to F.R.C.P. 69(a) and California Code of Civil Procedure sections 683.110 through 683.220, and for good cause appearing therefor:

The Judgment entered on January 3, 2008 and amended July 7, 2010 *nunc pro tunc* against GOLDEN ENERGY SALES, INC., NOAH GOLDEN aka NOAH P. GOLDEN, an individual, and GOLDEN ENERGY, INC., a California corporation and in favor of Judgment Creditor, LEMELSON WINERY, LLC is renewed on this date in the amounts set forth below:

1

RENEWAL OF JUDGMENT BY CLERK

Renewal of money judgment:

a. Judgment $ 232,524.33
b. Costs after judgment: .00
c. Credits after judgment: 4.83
d. Subtotal: $ 232,519.50
e. Interest after judgment (rate)
from January 3, 2008 through
July 17, 2017: $ 60,619.13
f. Fee for filing renewal application: .00
g. Total renewed judgment: **$ 293,138.63**

Dated: December 7, 2017

_____
Deputy Clerk, U.S. District Court
Central District, State of California

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15910 Ventura Blvd., 12th Floor, Encino, California 91436.

A true and correct copy of the foregoing document described **RENEWAL OF JUDGMENT BY CLERK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 4, 2017** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

X Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **December 4, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 4, 2017** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served via FedEx:** Hon. Suzanne H. Segal, U.S. District Court, Central Division; Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Courtroom 590, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/4/17 | Sanaz Adnani | /s/ Sanaz Adnani |
|---|---|---|
| Date | Type Name | Signature |

1
PROOF OF SERVICE

# SERVICE LIST

## TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

| | | |
|---|---|---|
| Creditors Attorney: | Pamela L. Cox | pcox@hrhlaw.com |
| | Maryann Rousso | maryann@hrhlaw.com |
| Debtors Attorney: | Keith Scott Dobbins | kdobbinslaw@aol.com |

## SERVED BY U.S. MAIL:

**Debtors**
Noah Golden
2804 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

Golden Energy Inc.
2804 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

Golden Energy Sales, Inc.
2804 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

**Debtors' Attorney**
Keith Scott Dobbins
Keith S Dobbins Law Offices
21700 Oxnard Street
Suite 1290
Woodland Hills, CA 91367-3669